**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1769**

_____

In Re:  JONITA V. WILLIAMS,

                                                        Debtor.

- - - - - - - - - - - - - - -

JONITA V. WILLIAMS,

                                        Debtor - Appellant,

        versus

EMC MORTGAGE COMPANY, INCORPORATED,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-05-148; BK-03-13364-RGM; AP-04-1008-RGM)

_____

Submitted:  April 27, 2006                Decided:  May 1, 2006

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonita V. Williams, Appellant Pro Se.  Diane Sally Rosenberg, Mark
David Meyer, ROSENBERG & ASSOCIATES, LLC, Bethesda, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonita V. Williams appeals from the district court's order affirming the bankruptcy court's orders dismissing her adversary proceeding pursuant to a settlement agreement and denying her motion for reconsideration of that dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. EMC Mortgage Co., Nos. CA-05-148; BK-03-13364; AP-04-1008 (E.D. Va. filed June 10, 2005; entered June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED